United States District Court
Southern District of Texas
**ENTERED**
May 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-93 |
| | § | |
| DAMON R. WILLIAMS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 6) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 16th day of May, 2018.

_____
**George C. Hanks Jr.**
**United States District Judge**

1 / 1